LNE 12.2.24
JIH: USAO 2024R00238



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. SAG24cr165 |
| v. | * | |
| ALONZO PLENTY, | * | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c)) |
| Defendant. | * | |

\*\*\*\*\*\*\*

## SUPERSEDING INDICTMENT

### COUNT ONE
(Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about March 5, 2024, in the District of Maryland, the Defendant,

**ALONZO PLENTY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, a Glock model 22 .40 S&W caliber handgun, bearing serial number 1EMB298US, and approximately 19 cartridges of .40 S&W caliber ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO
### (Possession with Intent to Distribute a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about March 5, 2024, in the District of Maryland, the Defendant,

**ALONZO PLENTY,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a schedule II controlled substance.

21 U.S.C. § 841(a)(1)

## COUNT THREE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about March 5, 2024, in the District of Maryland, the Defendant,

**ALONZO PLENTY,**

did knowingly possess a firearm, to wit, a Glock model 22 .40 S&W caliber handgun, bearing serial number 1EMB298US, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Counts Two or Four of this Indictment.

18 U.S.C. § 924(c)(1)(A)(i)

## COUNT FOUR
**(Possession with Intent to Distribute a Controlled Substance)**

The Grand Jury for the District of Maryland further charges that:

Between on or about March 5, 2024, and March 6, 2024, in the District of Maryland, the Defendant,

**ALONZO PLENTY,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of buprenorphine, a schedule III controlled substance.

21 U.S.C. § 841(a)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under any of the offenses charged in Counts One through Four of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Counts Two or Four of this Indictment, the Defendant,

**ALONZO PLENTY,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

  a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

  b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Firearms and Ammunition Forfeiture

3. Upon conviction of the offense(s) alleged in Counts One or Three of this Indictment, the Defendant,

**ALONZO PLENTY,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s).

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

      a. a Glock model 22 .40 S&W caliber handgun, bearing serial number 1EMB298US; and

      b. approximately 19 cartridges of .40 S&W caliber ammunition.

### Substitute Assets

5.    If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third person;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Erek S. Barron*
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Date: 12-04-24

6