**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**　　　*

**v.**　　　　　　　　　　*　　　　**Criminal No. SAG-24-0165**

**ALONZO PLENTY**　　　　*

　　　　　　　* * * * *

**MOTION TO STRIKE APPEARANCE**

　　　James Wyda, Federal Public Defender for the District of Maryland, and Patricia Richman,

Assistant Federal Public Defender, hereby move this Honorable Court for an Order striking the

appearance of Assistant Federal Public Defender Patricia Richman, as counsel for Defendant,

Alonzo Plenty.

　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　JAMES WYDA
　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　/s/
　　　　　　　　　　　PATRICIA RICHMAN
　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　Federal Public Defender's Office
　　　　　　　　　　　6411 Ivy Lane, Suite 710
　　　　　　　　　　　Greenbelt, Maryland 20770-1405
　　　　　　　　　　　Phone: (301) 344-0600
　　　　　　　　　　　Fax: (301) 344-0019
　　　　　　　　　　　Email: patricia_richman@fd.org